

NIXON PEABODY

Nixon Peabody LLP
Tower 46
55 West 46th Street
New York, NY 10036-4120

**Attorneys at Law**
nixonpeabody.com
@NixonPeabodyLLP

**Neil P. Diskin**
Associate

T / 516.832.7520
F / 833.893.0881
ndiskin@nixonpeabody.com

September 1, 2022

*VIA ECF*

The Honorable Katherine P. Failla, U.S.D.J.
United States District Court
  For the Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

MEMO ENDORSED

**RE:  Seana Cromitie v. Community Products, LLC**
     **Case No.: 22-cv-6813**

Dear Judge Failla:

This Firm represents defendant Community Products, LLC ("Defendant") in the above-referenced action. With the consent of plaintiff Seana Cromitie ("Plaintiff"), Defendant respectfully moves the Court pursuant to Rule 2.D. of Your Honor's Individual Rules of Practice in Civil Cases to extend Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint dated August 10, 2022 from September 6, 2022 to September 30, 2022.

This extension will permit Defendant's counsel to investigate Plaintiff's claims and allow the parties to explore the possibilities of resolving the claims without further intervention from the Court.

There have been no prior extensions requested or granted.

Defendant makes this request without waiver of any rights or defenses.

Respectfully submitted,

Neil P. Diskin
Associate

NPD

Application GRANTED.  The Clerk of Court is directed to terminate
the motion at docket entry 8.

SO ORDERED.

Dated:  September 2, 2022
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE